1  TIMOTHY P. JOHNSON (BAR NO. 66333)
2  BARRON & NEWBURGER, P.C.
3  1970 OLD TUSTIN AVENUE, SECOND FLOOR
   SANTA ANA, CALIFORNIA  92705
4  TELEPHONE:  (714) 832-1170
5  FACSIMILE:  (714) 832-1179
   E-MAIL: tjohnson@bn-lawyers.com
6
7  Attorneys for Defendant Oportun, Inc.

8

9

10              UNITED STATES DISTRICT COURT

11    NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

12

13

14  Pablo Ocegueda,                    Case No. 3:21-cv-04741 SK

15                  Plaintiff,

16

17        vs.

18                                     **CERTIFICATION OF INTERESTED**
                                       **ENTITIES OR PERSONS**
19  Oportun, Inc.

20                  Defendant.

21

22

23

24

25   ///

26   //

27   ///

28                                      -1-
    CERTIFICATION OF INTERESTED ENTITIES
    OR PARTIES                                      21-cv-04741 SK

BARRON & NEWBURGER, P.C.

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations or persons, associations or persons, firms, partnerships, corporations (including partent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or a party that could be substantially affected by the outcome of this proceeding:

Defendant Oportun, Inc. is a wholly owned subsidiary of Oportun Financial Corporation.

Dated:  August 12, 2021

**BARRON & NEWBURGER, P.C.**

By:_____/s/ Timothy Johnson_____
TIMOTHY P. JOHNSON
Attorneys for Defendant
Oportun, Inc.

-2-

CERTIFICATION OF INTERESTED ENTITIES
OR PARTIES

21-cv-04741 SK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BARRON & NEWBURGER, P.C.

## **CERTIFICATE OF SERVICE**

I, Timothy P. Johnson, do hereby certify that the Certification of Interested Entities or Parties was served this 12th day of August, 2021, on all counsel of record via the Court's ECF system.

_/s/Timothy Johnson_____
TIMOTHY P. JOHNSON

-3-
CERTIFICATION OF INTERESTED ENTITIES
OR PARTIES                                                    21-cv-04741 SK